**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | 6200 NE 2nd Avenue, LLC | |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-2243004 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 300 NE 71st Street | |
| Number    Street | Number    Street |
| | P.O. Box |
| Miami      FL    33138 | |
| City       State   ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Miami-Dade County | 6200 NE 2nd Avenue |
| County | Number    Street |
| | |
| | Miami    FL    33138 |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor __6200 NE 2nd Avenue, LLC_____    Case number (if known)_____
       Name

| | | |
|---|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☑ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . <br> 5313 | |
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** <br><br> A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☑ Chapter 11. *Check **all** that apply*: <br>     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☐ A plan is being filed with this petition. <br>     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 | |
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes.  District _____ When _____ Case number _____ <br>                                          MM / DD / YYYY <br>           District _____ When _____ Case number _____ <br>                                          MM / DD / YYYY | |
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☐ No <br> ☑ Yes.  Debtor __175 NE 55th Street, LLC__    Relationship __Affiliate/Co-Debtor__ <br>         District __FLSB__    When __01/18/2021__ <br>                                          MM / DD / YYYY <br>         Case number, if known __Pending__ | |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

| Debtor | 6200 NE 2nd Avenue, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number       Street

_____

_____  _____  _____
City                                     State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

   Contact name _____

   Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **3**

| Debtor | 6200 NE 2nd Avenue, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/18/2022
MM / DD / YYYY

✗ /s/ Mallory Kauderer          Mallory Kauderer
Signature of authorized representative of debtor     Printed name

Title Manager

**18. Signature of attorney**

✗ /s/ Steven Beiley          Date 01/18/2022
Signature of attorney for debtor     MM / DD / YYYY

Steven Beiley
Printed name

Aaronson Schantz Beiley P.A.
Firm name

2 South Biscayne Boulevard Suite 3450
Number    Street

Miami                     FL        33131
City                      State     ZIP Code

(786) 594-3000            sbeiley@aspalaw.com
Contact phone             Email address

912549                    FL
Bar number                State

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Debtor  6200 NE 2nd Avenue, LLC  Case number (*if known*)
First Name  Middle Name  Last Name

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

| | |
|---|---|
| Location Of Assets | 6212 NE 2nd Avenue  Miami, FL 33138, Miami-Dade County |
| Location Of Assets | 165 NE 62nd Street  Miami, FL 33138, Miami-Dade County |

**10) Pending Bankruptcies**

| | | | |
|---|---|---|---|
| 5911 NE 2nd Avenue, LLC | FLSB | 01/18/2021 | Pending |
| 5901 NE 2nd Avenue, LLC | FLSB | 01/18/2021 | Pending |
| 5900 NE 2nd Avenue, LLC | FLSB | 01/18/2021 | Pending |
| 5700 NE 2nd Avenue, LLC | FLSB | 01/18/2021 | Pending |
| 5524 NE 2nd Avenue, LLC | FLSB | 01/18/2021 | Pending |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

**175 NE 55th Street, LLC**
300 NE 71st Street
Miami, FL 33138


**5524 NE 2nd Avenue, LLC**
300 NE 71st Street
Miami, FL 33138


**5700 NE 2nd Avenue, LLC**
300 NE 71st Street
Miami, FL 33138


**5900 NE 2nd Avenue, LLC**
300 NE 71st Street
Miami, FL 33138


**5901 NE 2nd Avenue, LLC**
300 NE 71st Street
Miami, FL 33138


**5911 NE 2nd Avenue, LLC**
300 NE 71st Street
Miami, FL 33138


**Arnaldo Velez, P.A.**
35 Almeria Avenue
Miami, FL 33134


**Chemtov Mortgage Group Corp.**
4141 NE 2nd Avenue
204-A
Miami, FL 33137


**City of Miami**
Finance Department
444 SW 2nd Avenue
Miami, FL 33130


**Coastal Waste & Recycling**
1840 NW 33rd Street
Pompano Beach, FL 33064


**Donita Leavitt**
15051 Royal Oaks Lane
Pompano Beach, FL 33064


**Little Haiti Development Management, LLC**
300 NE 71st Street
Miami, FL 33138

**Little Haiti Development Management, LLC**
300 NE 71st Street
Miami
FL 33138

**Manal Oliver & Associates, Inc.**
301 West 41st Street
Suite 501
Miami Beach, FL 33140

**Miami Gateway Development, LLC**
1475 West Cypress Creek Road
Suite 202
Fort Lauderdale, FL 33309

**Miami-Dade County Tax Collector**
200 NW 2nd Avenue
Miami, FL 33128

**Miami-Dade Water & Sewer Dept.**
P.O. Box 026055
Miami, FL 33102

**Steven C. Weitz, Esq.**
**Weitz & Schwartz P.A.**
900 SE 3rd Ave, Ste 204
Fort Lauderdale, FL 33316

United States Bankruptcy Court
Southern District of Florida

In re: 6200 NE 2nd Avenue, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/18/2022

/s/ Mallory Kauderer
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor